## (September 11, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER ROBINSON, Appellant.—Motion granted to the extent of dismissing the appeal due to the death of appellant on April 29, 1975, and remanding the matter to the Trial Term of Supreme Court, New York County, with instructions to dismiss the indictment. *(People v Mintz,* 20 NY2d 753, 770.) Concur—Stevens, P. J., Markewich, Lupiano, Tilzer and Capozzoli, JJ.

■ HAMMOND KENNEDY & COMPANY, INC., v SERVINATIONAL, INC.—Since the amount of the commission is disputed and a question of fact with regard to the issue of damages is presented, defendant's motion to resettle this court's order entered July 24, 1975 is granted and the order resettled to provide for an immediate hearing to assess the amount or the extent of the damages resulting from the transaction of February 16, 1973, including, if appropriate, both the sale of defendant's stock in the boating operations and the sale of the underlying real estate (CPLR 3212, subd [c]). Submit resettled order on notice. Concur—Stevens, P. J., Murphy, Lupiano, Capozzoli and Nunez, JJ.

## (September 16, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE SEDA, Appellant.—Judgment, Supreme Court, New York County, rendered on November 14, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS FIGUEROA, Appellant.—Judgment, Supreme Court, New York County, rendered on March 12, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Markewich, J. P., Murphy, Lupiano, Lane and Nunez, JJ.

■ ROSE PLUMERI, as Administratrix of the Estate of JAMES PLUMERI, Deceased, Appellant, v MOUNT VERNON HOSPITAL et al., Respondents.—Order, Supreme Court, Bronx County, entered on December 30, 1974, denying plaintiff's motion for an order amending her ad damnum clause so as to increase the amount sought in the first cause of action from $350,000 to $950,000 unanimously affirmed, without costs and without disbursements. We agree with Special Term that the sum originally sought is sufficient to provide adequate compensation to plaintiff if she prevails. There was no abuse of discretion. Concur—Markewich, J. P., Kupferman, Tilzer, Capozzoli and Nunez, JJ.